UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH JACKSON,                                          No. C 08-4770 SI (pr)

       Plaintiff,                                              **ORDER EXTENDING DEADLINES**

  v.

BEN CURRY, warden; et al.,

       Defendants.
                                              /

       Defendants filed an <u>ex parte</u> request for a sixty-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Virginia Papan, the court GRANTS the request. (Docket # 8.) The court now sets the following new briefing schedule for dispositive motions:

       1.     Defendants must file and serve their dispositive motion no later than **September 11, 2009**.

       2.     Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **October 16, 2009**.

       3.     Defendants must file and serve their reply brief (if any) no later than **October 30, 2009**.

       IT IS SO ORDERED.

Dated: July 13, 2009

                                                              _____
                                                                 SUSAN ILLSTON
                                                            United States District Judge