UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH JACKSON,   No. C 08-4770 SI (pr)

    Plaintiff,   **ORDER EXTENDING DEADLINES**

    v.

BEN CURRY, warden; et al.,

    Defendants.
                                  /

    Defendants filed an <u>ex parte</u> request for a second extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Virginia Papan, the court GRANTS the request. (Docket # 14.) The court now sets the following new briefing schedule for dispositive motions:

    1.    Defendants' motion to dismiss filed on October 13, 2009 is deemed timely filed.

    2.    Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **November 20, 2009**.

    3.    Defendants must file and serve their reply brief (if any) no later than **December 4, 2009**.

    IT IS SO ORDERED.

Dated: October 20, 2009

                                                                        SUSAN ILLSTON
                                                                        United States District Judge