UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH JACKSON,　　　　　　　　　　　　　　　No. C 08-4770 SI (pr)

　　　　　Plaintiff,　　　　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

　　v.

BEN CURRY, warden; et al.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　　/

　　　　Defendants filed a motion to dismiss on the ground that plaintiff failed to exhaust administrative remedies before filing this action. Thereafter, plaintiff filed a motion for a dismissal without prejudice because he realized that he had indeed failed to exhaust. The motions to dismiss are GRANTED. (Docket # 17, # 22.) This action is dismissed without prejudice to plaintiff filing a new action if he ever complies with administrative exhaustion requirements.

　　　　IT IS SO ORDERED.

Dated: November 10, 2009　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge