UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JACKSON, | No. C 08-4770 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BEN CURRY, warden; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action if he ever complies with administrative exhaustion requirements.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 10, 2009

_____
SUSAN ILLSTON
United States District Judge